# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

CARMEN ROMERO,

    Plaintiff,

v.                                                                                              Civ. No. 18-234 RB/SCY

CHRISTUS ST. VINCENT REGIONAL
MEDICAL CENTER,

    Defendant.

## ORDER ADOPTING JOINT STATUS REPORT
## AND PROVISIONAL DISCOVERY PLAN

At the Rule 16 scheduling conference held on May 15, 2018, the Court reviewed the attorneys' Joint Status Report and Provisional Discovery Plan (Doc. 12), filed on May 8, 2018, and adopted it as modified by the dates provided in the Court's Scheduling Order (Doc. 14), filed concurrently with this Order.

                                                      _____
                                                      UNITED STATES MAGISTRATE JUDGE